IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

WILLIAM MUSTON                                                                PLAINTIFF

v.                              CASE NO. 2:23-CV-00001-BSM

ARKANSAS MIDLAND RAILROAD
COMPANY, INC. *et al.*                                                       DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of March, 2023.

UNITED STATES DISTRICT JUDGE